Motion Granted; Appeal Dismissed and Memorandum
Opinion filed January 13, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01243-CV

____________

 

KAREN WAKEFIELD, Appellant

 

V.

 

GUY LARAMEE, Appellee

 



 

On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 2009-29988

 



 

M E M O R
A N D U M   O P I N I O N

This is an interlocutory appeal from
an order signed November 19, 2010.  On January 5, 2011, appellant filed a
motion to dismiss the appeal.  This court conditionally granted appellant’s
petition for writ of mandamus challenging the same order, rendering this appeal
moot.  See In re Wakefield, No. 14-10-01160-CV (Tex. App.—Houston [14th
Dist.] Dec. 15, 2010, orig. proceeding) (mem. op.).  The motion is granted.  See
Tex. R. App. P. 42.1.  

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Frost and Christopher.